# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHELLI R. DOUGLAS,      ) | |
|                         ) | |
|       Plaintiff,       ) | |
|                         ) | |
| v.                      ) | Case No. CIV-17-50-SPS |
|                         ) | |
| COMMISSIONER of the Social ) | |
| Security Administration, ) | |
|                         ) | |
|       Defendant.       ) | |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 18] entered contemporaneously herewith, remanding this action to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 24th day of September, 2018.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**